O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.    ED CV 09-01322-SGL(OPx)                                      Date:  August 18, 2009

Title:        IVAN PINEDA -v- INDYMAC BANK, NA., ET AL
==================================================================
PRESENT:   HONORABLE STEPHEN G. LARSON, U.S. DISTRICT JUDGE

  Cindy Sasse         None Present
  Courtroom Deputy       Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:  ATTORNEYS PRESENT FOR DEFENDANTS:

None present            None present

**PROCEEDINGS:**  **ORDER GRANTING MOTION TO DISMISS** [Link & Term Doc. Nos. 5 & 8]

  The Court has reviewed defendants' motion to dismiss the complaint.  The Court deems this matter appropriate for decision without oral argument.  See Fed. R. Civ. P. 78; Local Rule 7-15.  Accordingly, the hearing set for August 31, 2009, is removed from the Court's calendar.

  Plaintiff has failed to file a timely opposition to the motion to dismiss.  <u>See</u> Local Rule 7-9 (requiring that oppositions to a motion must be filed no later than fourteen days before the designated hearing date of the motion).  Therefore, the Court **GRANTS** the motion and **DISMISSES** the complaint as to the moving defendant.  <u>See</u> Local Rule 7-12 ("The failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion."); <u>Ghazali v. Moran</u>, 46 F.3d 52, 53-54 (9th Cir. 1995) (holding that district court did not err in summarily granting defendants' motion to dismiss pursuant to a local rule where the pro se plaintiff had time to respond to motion but failed to do so).

  **IT IS SO ORDERED.**

MINUTES FORM 90                  Initials of Deputy Clerk: jh-relief
CIVIL -- GEN            1